(Of the Fifth Circuit, sitting in the First Circuit.)

### DROTT v. BATEMAN & HARPER.

NAMES SHOWING SURNAMES OF PARTNERS NOT FICTITIOUS.

A firm name showing the surnames only of partners, as Bateman & Harper, is not a fictitious name, nor a designation not showing the names of partners with 92 O. L., 25, requiring a certificate to be filed and published showing full names and residences.

ERROR to the Court of Common Pleas of Hamilton county.

PER CURIAM.

A firm name showing the surnames only of the partners, is not a fictitious name, nor a designation not showing the names of the partners within the meaning of the act of February 13, 1896, 92 O. L., 25, requiring every firm doing business under such a name or designation to file and publish a certificate showing the full names and residences of its members.

S. T. Crawford, for plaintiff in error.
Alfred G. Allen, for defendants.

## CHANGE OF VENUE.

[Hamilton Circuit Court, 1899.]

Haynes, King, and Parker, JJ.

(Of the Sixth Circuit, sitting in the First Circuit.)